# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Tammie Maxwell

                                 Plaintiff,

v.                                              Case No.: 3:19−cv−00340

United Services Automobile Association, et al.

                                 Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/2/2021 re [41].

                                                            Lynda M. Hill
                                               s/ Kim Chastain, Deputy Clerk